**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-1614**

───────────

MICHELLE COWARD, on behalf of Earl Thomas,

                                    Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

                                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Paul W. Grimm, Magistrate Judge.  (CA-02-
228-1-AMD)

───────────

Submitted:  October 1, 2003          Decided:  October 14, 2003

───────────

Before WILKINSON, WIDENER, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michelle Coward, Appellant Pro Se.  Kristine Lynn Sendek-Smith,
Assistant United States Attorney, John Walter Sippel, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

On behalf of Earl Thomas, his mother, Michelle Coward, appeals the magistrate judge's* order granting summary judgment to the Commissioner in Coward's claim for Supplemental Security Income childhood disability payments under the Social Security Act. On appeal, Coward raises claims not raised in the district court. We generally do not review issues not raised before the district court, Stewart v. Hall, 770 F.2d 1267, 1271 (4th Cir. 1985); Williams v. Shalala, 997 F.2d 1494, 1500 (D.C. Cir. 1993), and we find no extraordinary circumstances in this case necessitating review. Accordingly, we affirm the order of the magistrate judge. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* The parties consented to the jurisdiction of the magistrate judge.

2